IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRAIG ZANOTTI                                                    PLAINTIFF

v.                      Case No. 3:11-CV-03100

FEDERAL BUREAU OF INVESTIGATION;
CENTRAL INTELLIGENCE AGENCY; and
NATIONAL SECURITY AGENCY              DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 5) filed in this case on November 16, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Plaintiff's Objections (Doc. 6), which the Court has considered although they were untimely filed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: Plaintiff's objections consist largely of discussion of a rocket design; are incomprehensible; and offer neither law nor fact requiring departure from the Report and Recommendations. The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, IT IS ORDERED that this case be **DISMISSED WITH PREJUDICE** prior to service of process. The Motion for Service is, therefore, DENIED.

IT IS SO ORDERED this 21st day of December, 2011.

                                                /s/ P. K. Holmes, III
                                                P.K. HOLMES, III
                                                UNITED STATES DISTRICT JUDGE