IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRAIG ZANOTTI                                                                                        PLAINTIFF

v.                                       Case No. 3:11-CV-03100

FEDERAL BUREAU OF INVESTIGATION;
CENTRAL INTELLIGENCE AGENCY; and
NATIONAL SECURITY AGENCY                                                        DEFENDANTS

**O R D E R**

Currently before the Court is Plaintiff's *pro se* filing, in which Plaintiff states that he is resubmitting his application request; requests "all documents and materials stolen in Dallas in June 2005;" and, finally, requests "an extention [sic] and if necessary a change in venue." (Doc. 10). This case was closed on December 21, 2011. Plaintiff's motion to reopen, filed on June 8, 2012, was denied on July 17, 2012. There are no pending deadlines in this closed case and, therefore, no need for any extension or change of venue.

The Court finds that Plaintiff's most current filing is, like his previous filings, frivolous, without any legal substance or merit, and incomprehensible. IT IS THEREFORE ORDERED that Plaintiff's Motion (Doc. 10) is DENIED.

The Clerk of Court is directed not to accept any future filings in this case. Plaintiff is advised that any documents sent by Plaintiff to be filed in this case will not be filed of record or considered by the Court.

IT IS SO ORDERED this 25th day of November, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE